# EXHIBIT

# A

# Certificate of Achievement

United States Probation Office, Southern District of California

This certificate recognizes that

## NICHOLE MARTINEZ

has successfully completed all training requirements and is a "Thinking for a Change" Graduate



DAVID J. SULTZBAUGH
CHIEF U.S. PROBATION OFFICER



ELI GOREN
ASSISTANT DEPUTY CHIEF U.S.
PROBATION OFFICER



# The Treatment Staff of
# Correctional Alternatives, Inc.
351 S. 35th St, San Diego, CA 92113

certify to all that

# Nicole Martinez

has completed the requirements for

# Drug & Alcohol Relapse Prevention Group ("Solutions")

including 10 consecutive sessions totaling 15 hours of class training as well as between class assignments

January 25, 2013 – March 22, 2013








David P. DeFrancesco, Ph.D.
Contracted Program Director
Psychologist (PSY 15258)

# CERTIFICATE OF COMPLETION
## TRANSITIONAL SKILLS JOURNAL PROGRAM

THIS CERTIFIES THAT

## Nichole Martinez

has successfully completed the required workshops for the journal program

_____
Signature

4/5/16
Date

# CERTIFICATE OF COMPLETION

## COUNTDOWN TO FREEDOM WOMEN'S PROGRAM

*This certificate is presented to:*

### Nichole Martinez

*for participating in*

Your participation and completion of the program.

_____  _____
Signature                              Date 5/23/13

# Certificate of Participation

THIS CERTIFIES THAT

## NICHOLE MARTINEZ

Has successfully completed all the requirements for the

"Self-Esteem Course"

Federal Prison Camp Bryan, Texas

On September 04, 2012

―dy Stephen
‑ment Specialist

# Certificate of Completion

Awarded to:

## NICHOLE MARTINEZ

Has completed the requirements for the 15 hour
Drug Abuse Education Class "Freedom From Drugs" as outlined by
the
Federal Bureau of Prisons and the staff at FPC Bryan
on the 05th day of September 2012

*Jody Stephen*
Jody Stephen Drug Treatment Specialist