UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-CR-00679-L-3 |
|---|---|
| Plaintiff, | **Order Granting Early Termination of Supervised Release** |
| v. | |
| Nichole Marie Martinez, | |
| Defendant. | |

Upon joint motion of the parties and good cause having been shown, **it is hereby ordered**:

Effective immediately, the Court terminates defendant Nichole Marie Martinez's term of supervised release.

**SO ORDERED.**

DATED: August 31, 2015

_____
M. James Lorenz
United States District Court Judge